AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| HARRY VERNON, | ) | Civil Action No. 2:02-md-875 |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:18-cv-03902-ER |
| INTERNATIONAL PAPER CO. et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Owens-Illinois, Inc.  .

Date:  10/18/2018

/s/ Brian O. Watson
*Attorney's signature*

Brian O. Watson (admitted pro hac vice)
*Printed name and bar number*

Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 W Madison St, Ste 2900
Chicago, Illinois  60602
*Address*

bwatson@rshc-law.com
*E-mail address*

(312) 471-8776
*Telephone number*

(312) 471-8701
*FAX number*