IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: ASBESTOS PRODUCTS        :   Consolidated Under
LIABILITY LITIGATION (No. VI)   :   MDL DOCKET NO. 875
                                :
HARRY VERNON                    :
                                :
v.                              :   E.D. Pa. Case No.
                                :   18-3902
ALLEN-BRADLEY CO., et al.       :
```

**O R D E R**

**AND NOW,** this **1st** day of **May, 2019,** it is hereby **ORDERED** that the Court will hold a status and scheduling conference as well as oral argument on Defendant Owens Illinois' motion to dismiss on **Monday, June 24, 2019 at 10:00 a.m. in Courtroom 15A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.**

**AND IT IS SO ORDERED.**

/s/ Eduardo Robreno
**EDUARDO C. ROBRENO, J.**